**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVON THOMPSON, | Case No. EDCV 16-0196-R (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| PEOPLE OF THE STATE OF CALIFORNIA et al., | |
| Respondents. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Error Coram Nobis With Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 3, 2016

_____
MANUEL L. REAL
U.S. DISTRICT JUDGE